*John Jewell*
*vs.*
*Abraham Noyes.*

Oct. 11th 1820.
        A E WING
        Shff of Wayne Cy

*To Mr John Jewell or to Samuel T. Davinport Esq his Attorney.*
 Sir,
 Abraham Noyce, a prisoner confined on an execution in your favor, having set forth in his petition that he is desirous of taking the benefit of the act entitled "an act concerning poor prisoners" I have appointed the first day of November next at ten o'clock in the forenoon, for you to appear at my office and shew cause if any you have, why he should not be discharged, according to the provisions of said act.    Thomas Rowland
Detroit Oct 11th 1820.         Justice of the peace

Territory of Michigan   ⎱ ss
County of Wayne     ⎰   Before me the undersigned Justice at the Gaol of the County aforesaid  Personally came Abraham Noyce a Prisoner confined on execution for debt at suit of John Jewel and made oath that he is unable to maintain himself in prison     Abrahm Noyes
Sworn and subscribed
before me this 12th October 1820
Thomas Rowland
Justice of the peace
 We the undersigned Justices having duly examined the above named Abraham Noyce are of Opinion that he is unable to maintain himself in prison, and direct the Sheriff to maintain him in diet at the expence of the plaintiff.
   Geo M^cDougall         Thomas Rowland
    justice of the peace C° W T M     Justice of the peace

         [Indorsement]

I have served the within by Leaving a certified copy with Samuel T. Davinport the Att^y for the Plaintiff Detroit October 12th 1820.
         Service $0.25
         Mileage  6
          ——
          $0.31
         A E Wing
         Shff of Wayne County.